IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAFI JAFARI and<br>MM&L INTERNATIONAL CORPORATION,<br><br>          Plaintiffs,<br><br>  v.<br><br>HOUSING AUTHORITY of the CITY OF OMAHA, a governmental subdivision of the State of Nebraska,<br><br>          Defendant. | Case No. 8:17-cv-436-LSC-MDN |

## NOTICE OF CHANGE OF LAW FIRM AND CONTACT INFORMATION

  Pursuant to Local Rule 1.3(e), C. Kelly Kroll, Esq., counsel for Plaintiffs Lafi Jafari and MM&L International Corporation, herby gives notice that she has changed law firms and that she has new contact information. Counsel's new law firm and contact information are as follows:

C. Kelly Kroll
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 971-4233
Fax: (202) 408-5146
Email: kkroll@mmmlaw.com

Dated: March 21, 2018          Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**    **ELLICK, JONES, BUELT, BLAZEK & LONGO, LLP**

| | |
|---|---|
| C. Kelly Kroll, Esq.<br>(admitted *pro hac vice*)<br>1401 Eye Street, N.W., Suite 600<br>Washington, D.C. 20005<br>Tel: (202) 216-4801<br>Fax: (202) 408-5146<br>kkroll@mmmlaw.com | */s/ Daniel L. Rock*<br>Daniel L. Rock, #20146<br>9290 West Dodge Road, Suite 303<br>Omaha, NE 68114<br>Tel: (402) 390-0390<br>Fax: (402) 390-0127<br>drock@ellickjones.com |

*Counsel for the Plaintiffs Lafi Jafari and MM&L International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2018, a copy of the foregoing Notice of Change of Law Firm and Contact Information was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                                     */s/ Daniel L. Rock*
                                                    Daniel L. Rock