# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAFI JAFARI, an individual, and MM&L INTERNATIONAL CORPORATION, a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF OMAHA, a governmental subdivision of the State of Nebraska;<br><br>Defendant. | 8:17CV436<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Michael D. Nelson, ECF No. 31, recommending that this case be remanded to the District Court for Douglas County, Nebraska. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 31, are adopted in their entirety;

2. The Motion to Remand, ECF No. 17, filed by Plaintiffs Lafi Jafari and MM&L International Corporation, is granted;

3. The Motion to Dismiss, ECF No. 9, filed by the Housing Authority of the City of Omaha, is denied, as moot; and

4. The above-captioned case is remanded to the District Court for Douglas County, Nebraska.

Dated this 5th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge